**Dismissed and Memorandum Opinion filed September 19, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-19-00109-CV

**TAMBRIA LEE, Appellant**

**V.**

**CRP RIVERSTONE, LP, Appellee**

**On Appeal from the County Court at Law No. 4**
**Fort Bend County, Texas**
**Trial Court Cause No. 18-CCV-063719**

## MEMORANDUM OPINION

This is an appeal from a judgment signed January 31, 2019. The clerk's record was filed March 27, 2019. No reporter's record or brief was filed.

On August 8, 2019, this court issued an order stating that unless appellant filed a brief on or before August 23, 2019, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Wise and Hassan.